

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   12–31587 – TJC    Chapter:  11**

Gerald P. Batipps, MD, PC
4945 Walkingfern Drive
Rockville, MD 20853

## NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, AND SCHEDULES
### (for non–individual debtor(s))

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file **the Statement of Financial Affairs, Schedules, and Statement of Current Monthly Income** is extended to the date designated above; and it is further

ORDERED, that when filing **the Statement of Financial Affairs, Schedules, and Statement of Current Monthly Income,** the Debtor(s) must certify that service of a copy has been made on the United States Trustee; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Richard B. Rosenblatt
      U.S. Trustee

## End of Order

22.3 – *csofinowski*