IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re: \*

    GERALD P. BATIPPS, MD, PC.     \*     Case No.:12-31587-TJC
                                                                         Chapter 11
                                                                      \*

    Debtor-in-possession
\*    \*    \*    \*    \*    \*    \*

**DISCLOSURE OF COMPENSATION
PURSUANT TO LOCAL RULE 2015-1**

      Gerald P. Batipps, MD, PC, the Debtor and Debtor-in-possession (the "Debtor"), by and through undersigned counsel and pursuant to Local Bankruptcy Rule 2015-1, files this Disclosure of Compensation and in support thereof states as follows:

      1.      On or about December 3, 2012 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code").

      2.      The following individuals are the officers of the Debtor: 1) Gerald Batipps, MD, who is the one hundred percent (100%) owner and managing member.

      3.      Dr. Batipps sees and treats patients.  He is also responsible for overseeing the operations of the medical practice.

      4.      In the year prior to the filing, Dr. Batipps received the following compensation: 1) salary through payroll in the amount of forty-eight thousand nine hundred fifty-one dollars and twenty-one cents ($48,951.21); and 2) salary in the form of draws/distributions in the amount of seventy-nine thousand three hundred eighty-four dollars and seventeen cents ($79,984.17).  In the ninety (90) days prior to the filing, Dr. Batipps received compensation totaling thirty thousand three hundred ninety-nine dollars ($30,399.00)

5. Dr. Batipps' compensation at this is time is twelve thousand five hundred dollars ($12,500.00) a month, which is received through draws and payroll.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
(301) 838-0098

*Counsel for Gerald P. Batipps, MD, P.C.*

### Certificate of Service

I HEREBY CERTIFY that on the 18th day of April, 2014, a copy of the Rule 2015 Disclosure of Compensation, was served via ECF on all parties authorized to accept service by ECF listed below:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20850

Richard B. Rosenblatt
Richard B. Rosenblatt